UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 05, 2025

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Arredondo, Ruben | Docket No. | 0980 1:24CR02027-SAB-27 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Ruben Arredondo, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Yakima, Washington, on the 8th day of November 2024, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, tribal, or local law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 12, 2024, Mr. Arredondo signed his conditions of pretrial release acknowledging and understanding.

Violation #1: Mr. Arredondo is alleged to be in violation of his pretrial release conditions by being cited for third degree driving while license suspended (citation number 5A0732313) on August 27, 2025.

On August 28, 2025, Mr. Arredondo made telephone contact with this officer advising he was pulled over by Washington State Patrol for not having a license plate on the front of his vehicle and driving without a license. Mr. Arredondo admitted to not having a valid driver's license, however, stated it was suspended due to not making the monthly payments. Mr. Arredondo committed to contacting Yakima Municipal Court to restart his payment plan and reinstate his driver's license.

On September 4, 2025, this officer received a copy of the citation from Washington State Patrol. Per the citation, Mr. Arredondo was cited for third degree driving while license suspended, on August 27, 2025. The Washington State Patrol trooper noted Mr. Arredondo "admitted to committing the violation" and "was cooperative."

This officer respectfully recommends no action be taken at this time. Should Mr. Arredondo continue to violate any of his conditions of pretrial release, he will be referred to the Court for corrective action.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|   | Executed on: September 4, 2025 |
| by | s/Linda J. Leavitt |
|   | Linda J. Leavitt<br>U.S. Probation Officer |

Re: Arredondo, Ruben
September 4, 2025
Page 2

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

9/5/2025
_____
Date